```
 1  DEBRA W. YANG
    United States Attorney
 2  JOHN C. HUESTON
    Assistant United States Attorney
 3  Chief, Santa Ana Branch Office
    RICHARD Y. LEE
 4  Assistant United States Attorney
    (Cal. State Bar # 193270)
 5       Ronald Reagan Federal Bldg. & U.S. Courthouse
         411 West Fourth Street, 8th Floor
 6       Santa Ana, CA 92701
         Telephone:  (714) 338-3539
 7       Facsimile:  (714) 338-3561

 8  Attorneys for Plaintiff
    UNITED STATES OF AMERICA
 9
                       UNITED STATES DISTRICT COURT
10
                  FOR THE CENTRAL DISTRICT OF CALIFORNIA
11
    UNITED STATES OF AMERICA,    ) No. SA CR 01-190-GLT
12                               )
              Plaintiff,         ) STIPULATION REGARDING CONTINUANCE
13                               ) OF SENTENCING DATE;
              v.                 ) [PROPOSED]
14                               ) FINDINGS AND ORDER
    THUAN QUANG HA,              )
15                               ) Current Date:  December 2, 2002
              Defendant.         )                2:30 p.m.
16                               ) New Date:      January 6, 2003
                                 )                3:00 p.m.
17  _____)
```





18    Plaintiff United States of America, by and through its
19 counsel of record, the United States Attorney for the Central
20 District of California, and defendant Thuan Quang Ha, by and
21 through his counsel of record Ginger R. Kelley hereby stipulate
22 as follows:
23    1.   Defendant's sentencing hearing is currently set for
24 December 2, 2002 at 2:30 p.m.
25    2.   The parties jointly request that the sentencing hearing
26 be continued to January 6, 2002 at 3:00 p.m.
27    3.   The continuance is requested because defense counsel
28 needs additional time to prepare for the sentencing hearing.

4. The government does not object to the request for a continuance.

4. On November 19, 2002, counsel for the government called the clerk of the Court and confirmed that the Court was available to hear the matter on January 6, 2003 at 3:00 p.m.

IT IS SO STIPULATED.

DEBRA W. YANG
United States Attorney

JOHN C. HUESTON
Assistant United States Attorney
Chief, Santa Ana Branch Office

11-20-02
DATE

RICHARD Y. LEE
Assistant United States Attorney

Attorneys for Plaintiff
United States of America

11-20-02
DATE

GINGER R. KELLEY

Attorney for Defendant
THUAN QUANG HA

O R D E R

IT IS SO FOUND AND ORDERED this 21st day of November, 2002. The sentencing hearing currently scheduled for December 2, 2002 at 2:30 p.m. is continued to January 6, 2002 at 3:00 p.m.

HONORABLE GARY L. TAYLOR
UNITED STATES DISTRICT JUDGE

2

<u>CERTIFICATE OF SERVICE BY MAIL</u>

I, **STEPHANIE GARCIA**, declare:

That I am a citizen of the United States and resident or employed in Orange County, California; that my business address is Office of United States Attorney, United States Courthouse, Suite 8000, 411 West Fourth Street, Santa Ana, California 92701; that I am over the age of eighteen years, and am not a party to the above-entitled action;

That I am employed by the United States Attorney for the Central District of California who is a member of the Bar of the United States District Court for the Central District of California, at whose direction the service by mail described in this Certificate was made; that on **November 20, 2002**, I deposited in the United States mail, Santa Ana, California in the above-entitled action, in an envelope bearing the requisite postage, a copy of **STIPULATION REGARDING CONTINUANCE OF SENTENCING DATE; [PROPOSED] FINDINGS AND ORDER; Current Date: December 2, 2002 at 2:30 p.m.; New Date: January 6, 2003 at 3:00 p.m.**
addressed to: **SEE ATTACHMENT**
at **THE** last known address, at which place there is delivery service by United States mail.

This Certificate is executed on **November 20, 2002** at Santa Ana, California.

I certify under penalty of perjury that the foregoing is true and correct.

*[signature]*
STEPHANIE GARCIA

**ATTACHMENT**

GINGER KELLEY
9039 BOLSA AVENUE, SUITE 303
WESTMINSTER, CA 92683

KEVIN HOPPER - *(via hand delivery)*
U.S. PROBATION OFFICER
U.S. PROBATION OFFICE
411 WEST FOURTH STREET, SUITE 4170
SANTA ANA, CA 92701

## NOTICE PARTY SERVICE LIST

Case No. **SACR 01-190-GLT**   Case Title **USA v Thuan Quang Hg**
Filed Date **11/21/02**   Title of Document **S/O cont sent**

| | |
|---|---|
| | Atty Sttlmnt Officer |
| | BAP (Bankruptcy Appellate Panel) |
| | Beck, Michael J (Clerk, MDL Panel) |
| | BOP (Bureau of Prisons) |
| | Calderon, Arthur - Warden, San Quentin |
| | CAAG (California Attorney General's Office - Keith Borjon, L.A. Death Penalty Coordinator) |
| | CA St Pub Defender (Calif. State PD) |
| | Case Asgmt Admin (Case Assignment Administrator) |
| | Catterson, Cathy (9th Circuit Court of Appeal) |
| | Chief Deputy Adm |
| | Chief Deputy Ops |
| | Clerk of Court |
| | Death Penalty H/ C (Law Clerks) |
| | Dep In Chg E Div |
| | Dep In Chg So Div |
| | Fiscal Section |
| | Intake Supervisor |
| | Interpreter Section |
| | PIA Clerk - Los Angeles (PIALA) |
| | PIA Clerk - Santa Ana (PIASA) |
| | PIA Clerk - Riverside (PIAED) |
| | PSA - Los Angeles (PSALA) |
| X | PSA - Santa Ana (PSASA) |
| | PSA - Riverside (PSAED) |
| | Schnack, Randall (CJA Supervising Attorney) |
| | Statistics Clerk |
| | Stratton, Maria - Federal Public Defender |

| | |
|---|---|
| | US Attorneys Office - Civil Division -L.A. |
| | US Attorneys Office - Civil Division - S.A. |
| | US Attorneys Office - Criminal Division -L.A. |
| | US Attorneys Office - Criminal Division -S.A. |
| | US Bankruptcy Court |
| | US Marshal Service - Los Angeles |
| X | US Marshal Service - Santa Ana |
| | US Marshal Service - Riverside |
| X | US Probation Office |
| | US Trustee's Office |

| | **ADD NEW NOTICE PARTY** (* print name and address below): |
|---|---|

* Print name & address of the notice party if this is the first time this notice party is being served through Optical Scanning. Print **ONLY** the name of the notice party if documents have previously been served on this notice party through Optical Scanning.

| | **JUDGE / MAGISTRATE JUDGE (list below):** |
|---|---|
| | |
| | |
| | |

Initials of Deputy Clerk **YB**