Andres Ortiz (SBN CA279239)
Andres Ortiz Law
320 Pine Ave, Ste. 608
Long Beach, CA 90802
T: 657-243-3768
Andres.Ortiz@andresortizlaw.com

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

United States of America

Plaintiff(s)

v.

Thuan Quang Ha

Defendant(s).

CASE NUMBER:

8:01-cr-00 l90-GLT - 1

**ORDER ON REQUEST FOR APPROVAL OF SUBSTITUTION OR WITHDRAWAL OF ATTORNEY**

The Court hereby orders that the request of:

__Thuan Quang Ha__    ☐ Plaintiff   ☒ Defendant   ☐ Other _____
*Name of Party*

to substitute __Andres Ortiz__ who is

☒ Retained Counsel   ☐ Counsel appointed by the Court (Criminal cases only)   ☐ Pro Se

__320 Pine Ave., Suite 608__
*Street Address*

__Long Beach , CA 90802__           __andres.ortiz@andresortizlaw.com__
*City, State, Zip*                                *E-Mail Address*

__657-243-3768__                                   __279239__
*Telephone Number*       *Fax Number*       *State Bar Number*

as attorney of record instead of __Ginger R. Kelly__
*List **all** attorneys from same firm or agency who are withdrawing*

**is hereby**   ☒ **GRANTED**   ☐ **DENIED**

The clerk is hereby ordered to terminate Notices of Electronic Filing for the withdrawing attorney(s) in this case.

Dated __April 15, 2020__

*[signature: Virginia A. Phillips]*
Chief U. S. District Judge

G-01 ORDER (09/17)   **ORDER ON REQUEST FOR APPROVAL OF SUBSTITUTION OR WITHDRAWAL OF ATTORNEY**