UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>*Plaintiff*,<br><br>v.<br><br>THUAN QUANG HA,<br><br>*Defendant.* | *Criminal No.* *8:01-cr-00190-GLT*<br><br>**ORDER TO UNSEAL DOCUMENTS** |

Upon consideration of the Defendant's Unopposed Motion to Unseal, it is ORDERED that the motion is hereby GRANTED, and the following documents are hereby unsealed:

- Docket Entry 22- Document filed under seal (Feb. 5, 2002)
- Docket Entry 24- Document filed under seal (Feb. 14, 2002)
- Docket Entry 26- Document filed under seal (Feb. 14, 2002)
- Docket Entry 28- Sealed Motion to Continue Sentencing (May 3, 2002)
- Docket Entry 36- Report and Order Terminating Probation (Aug. 31, 2005)

Dated: June 16, 2020

_____
Judge Cormac J. Carney
Chief U.S. District Judge

**ORDER TO UNSEAL DOCUMENTS**